IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WANDA FAYE JONES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:12-cv-00203 |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Knowles |
| ELITE EMERGENCY SERVICES, LLC, et al., ) | |
| ) | JURY DEMAND |
| Defendants. ) | |

## ORDER

Before the Court is a Joint Notice of Settlement and Motion to Transfer Case to Administrative Docket ("Motion") in which the parties to this case state that they have reached a settlement in this matter. (Doc. No. 130.) Because the settlement will take several months to be fulfilled, the parties request the Court indefinitely continue trial and administratively close the case. (*Id.*) Thus, the parties request the Court administratively close the case. (*Id.*)

Accordingly, the Court **GRANTS** the Motion. The Clerk of the Court is **ORDERED** to administratively close this case. The parties are **ORDERED** to file a proposed order of dismissal upon completion and execution of the terms of the Settlement Agreement.

It is so ORDERED.

Entered this 27th day of September, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT