IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| WANDA FAYE JONES, <br> KELLY DORRIS PENDERGRASS, and <br> TIFFANY SHEA JONES, <br><br> Plaintiffs, <br><br> vs. <br><br> ELITE EMERGENCY SERVICES, LLC, and <br> SAMUEL C. CLEMMONS, and <br> SHANNON CLEMMONS, Individually and <br> d/b/a Elite Emergency Services, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br> Case No. 3:12-cv-0203 <br><br> Judge Nixon <br><br> Magistrate Judge Knowles <br><br> JURY DEMAND |

## MOTION FOR SUBSTITUTION OF COUNSEL

COME NOW Plaintiffs and move this Honorable Court to substitute Attorney John Lawrence Mays as counsel for Plaintiffs in place of Attorney Jason I. Coleman. As support and grounds for this Motion, Plaintiffs state that Mr. Coleman is no longer with the Atlanta law firm of Mays & Kerr, LLC and no longer represents the Plaintiffs, Wanda Faye Jones, Kelly Dorris Pendergrass and Tiffany Shea Jones. Therefore, should the Court grant this Motion, Mr. Mays will be substituted as counsel for Mr. Coleman with the firm remaining in its representative capacity.

Respectfully submitted,

*/s/ Trevor W. Howell*
Trevor W. Howell, #9496
Attorney at Law
The Pinnacle at Symphony Place
150 Third Avenue South, 17th Floor
Nashville, TN 37201
(615) 244-4994 (O)
thowell@gsrm.com

Jason I. Coleman, #031434  
Mays & Kerr, LLC  
144 2nd Avenue North, Suite 205  
Nashville, TN 37201  
Jason@maysandkerr.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2014, a copy of the foregoing *Motion for Substitution of Counsel* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Trevor W. Howell, Esq.<br>The Pinnacle at Symphony Place<br>150 Third Avenue South, 17th Floor<br>Nashville, TN 37201<br>thowell@gsrm.com | Michael L. Russell, Esq.<br>Gilbert, Russell, McWherter, PLC<br>5409 Maryland Way, Suite 150<br>Brentwood, TN 37027<br>mrussell@gilbertfirm.com |
| Jason I. Coleman, Esq.<br>Mays & Kerr, LLC<br>144 2nd Avenue North, Suite 205<br>Nashville, TN 37201<br>Jason@maysandkerr.com | Joshua L. Hunter, Esq.<br>104 Clydelan Court<br>Nashville, TN 37205<br>joshualewishunter@gmail.com |

/s/ Trevor W. Howell

- 2 -
Case 3:12-cv-00203   Document 141   Filed 05/28/14   Page 2 of 2 PageID #: 2119