IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WANDA FAYE JONES, ) | |
| KELLY DORRIS PENDERGRASS, and ) | |
| TIFFANY SHEA JONES, ) | |
| ) | |
| Plaintiffs, ) | Case No. 3:12-cv-0203 |
| ) | |
| vs. ) | Judge Nixon |
| ) | |
| ELITE EMERGENCY SERVICES, LLC, and ) | Magistrate Judge Knowles |
| SAMUEL C. CLEMMONS, and ) | |
| SHANNON CLEMMONS, Individually and ) | JURY DEMAND |
| d/b/a Elite Emergency Services, LLC, ) | |
| ) | |
| Defendants. ) | |

## REQUEST FOR PERMISSION FOR LEAVE TO FILE REPLY

Pursuant to the Federal Rules of Civil Procedure, specifically Local Rule 7.01(b) for the Middle District of Tennessee, Plaintiffs request permission for leave to file a short reply to Defendants' Response in Opposition to Plaintiffs' Memorandum in Support of Attorneys' Fees and Response to Supplement to Plaintiffs' Motion for Attorneys' Fees, Expenses and Costs filed April 15, 2016 (Doc. 192).

Plaintiffs would state that in the interest of justice a short reply should be allowed for the purpose of correcting and/or clarifying certain significant mischaracterization(s) and factual misrepresentation(s) contained in Defendants' Response in Opposition. In support of this request, Plaintiffs would state that their counsel, Trevor W. Howell, has been out of state for an extended period, has just returned to Nashville, and requires this time within which to reply. If this request is granted, Plaintiffs will file said reply no later than Tuesday, May 3, 2016. Plaintiffs request that the

Court not rule on Plaintiffs' pending Motion for Attorneys' Fees, Expenses and Costs until Plaintiffs have had the opportunity to file a short reply and the Court has had an opportunity to review said reply.

        Respectfully submitted,

        */s/ Trevor W. Howell*
        Trevor W. Howell, #9496
        Howell Law Firm, LLC
        The Customs House
        701 Broadway
        Suite 401, Box 17
        Nashville, TN 37203
        (615) 739-6938
        Trevor@howelllawfirmllc.com


        John L. Mays, Esq.
        Mays & Kerr, LLC
        235 Peachtree Street NE, No. 202
        Atlanta, GA 30303
        (404) 410-7998
        john@maysandkerr.com

        *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2016, a copy of the foregoing *Request for Permission for Leave to File Reply* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Trevor W. Howell, Esq.
Howell Law Firm, LLC
The Customs House
701 Broadway
Suite 401, Box 17
Nashville, TN  37203
Trevor@howelllawfirmllc.com

John L. Mays, Esq.
Mays & Kerr, LLC
235 Peachtree Street NE, No. 202
Atlanta, GA  30303
(404) 410-7998
john@maysandkerr.com

Michael L. Russell, Esq.
Gilbert, Russell, McWherter, PLC
5409 Maryland Way, Suite 150
Brentwood, TN  37027
mrussell@gilbertfirm.com

Joshua L. Hunter, Esq.
104 Clydelan Court
Nashville, TN  37205
joshualewishunter@gmail.com

Brice M. Johnston, Esq.
Johnson Law Firm, P.C.
2100 First Avenue North, Suite 600
Birmingham, AL 35203
brice@johnstonfirmpc.com

Brandy M. Lee, Esq.
Lee Law Firm, LLC
2100 First Avenue North, Suite 600
Birmingham, AL  35203
brandy@leelawfirmllc.com

Joshua D. Wilson, Esq.
Wiggins, Childs, Pantazis,
  Fisher & Goldfarb, LLC
4215 Maryland Way, Suite 402
Brentwood, TN  37027
jwilson@wcqp.com

   */s/ Trevor W. Howell*
Trevor W. Howell

- 3 -

Case 3:12-cv-00203   Document 193   Filed 04/26/16   Page 3 of 3 PageID #: 4638