IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WANDA FAYE JONES, KELLY DORRIS PENDERGRASS, and TIFFANY SHEA JONES, Plaintiffs, vs. ELITE EMERGENCY SERVICES, LLC and SAMUEL C. CLEMMONS and SHANNON CLEMMONS, Individually and d/b/a Elite Emergency Services, LLC, Defendants. | Case No. 3:12-cv-0203<br><br>Judge Nixon<br><br>Magistrate Judge Knowles<br><br>JURY DEMAND |

## DEFEDANTS' MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR DISCOVERY

COME NOW, Elite Emergency Services, LLC, Samuel C. Clemmons and Shannon Clemmons (collectively, "Defendants"), by and through their attorneys of record and respectfully requests the Court grant leave for Defendants to file a Reply to Plaintiffs' Response to Defendants' Motion to Allow Discovery Related to Evidentiary Hearing and Motion for Order for Banks to Respond to Subpoena (Doc. # 217).

Pursuant to Local Rule 7.01 to the Local Rules of Court for the Middle District of Tennessee, a reply memorandum may be filed upon leave of Court.

1

Defendants ask the Court to allow leave to file a reply to Plaintiffs' claims of false and misleading representations contained in Plaintiffs' response. Defendants must be allowed to address these claims which are in themselves misleading. If granted, Defendants ask for five (5) days (until January 25, 2017) to file a Reply.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request this Court for leave to file a Reply to Plaintiffs' Response to Defendants' Motion for Discovery.

Respectfully submitted,

*/s/ Joshua D. Wilson*
Joshua D. Wilson (Bar # 031486)

**OF COUNSEL:**
Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC
5214 Maryland Way, Suite 402
Brentwood, TN 37027
Telephone: 615-964-5215
jwilson@wigginschilds.com
LEE LAW FIRM, LLC

*s/ Brandy M. Lee*
Brandy M. Lee (pro hac vice)
The Landmark Center
2100 First Avenue North
Birmingham, AL 35203
(205) 328-9445 (Office)
(800) 856-9028 (Facsimile)

2

JOHNSTON LAW FIRM, P.C.

*s/ Brice M. Johnston*
Brice M. Johnston (pro hac vice)
The Landmark Center
2100 First Avenue North
Birmingham, AL  35203
(205) 328-9445 (Office)
(800) 856-9028 (Facsimile)

*Attorneys for Defendants*

3

# CERTIFICATE OF SERVICE

     I hereby certify that on this ___18th___ day of January, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

    Trevor W. Howell, Esq.
    The Pinnacle at Symphony Place
    150 Third Avenue South, 17th Floor
    Nashville, TN 37201
    thowell@gsrm.com

    M. Taylor Harris, Jr.
    Gullett Sanford Robinson & Martin
    150 Third Avenue South, Suite 1700
    Nashville, TN 37201
    tharris@gsrm.com

    Jason I. Coleman, Esq.
    Mays & Kerr, LLC
    144 2nd Avenue North, Suite 205
    Nashville, TN 37201
    Jason@maysandkerr.com

    Joshua L. Hunter, Esq.
    104 Clydelan Court
    Nashville, TN 37205
    joshualewishunter@gmail.com

    John L. Mays, Esq.
    Mays & Kerr, LLC
    235 Peachtree Street NE, No. 202
    Atlanta, GA 30303
    (404) 410-7998
    john@maysandkerr.com

                                            */s/ Joshua D. Wilson*