# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WANDA FAYE JONES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:12-cv-00203 |
| ) | JUDGE CRENSHAW |
| ELITE EMERGENCY SERVICES, ) | |
| LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff's Motion to Continue March 16, 2017 Hearing and for Case Management Conference (Doc. No. 291) is **DENIED.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE