FORM E-1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

FILED
2017 OCT 12 AM 11: 20
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Wanda Faye Jones, et al.

v.

Case No. 3-12-cv-0203

Elite Emergency Services, LLC, et al

## APPLICATION FOR WRIT OF EXECUTION

The Judgment Creditor, Wanda Faye Jones, et al., hereby makes application to the Clerk of the United States District Court to issue an execution in the above case to satisfy a judgment against the judgment debtor(s) herein, Samuel C. Clemmons, for $125,000.00, plus accrued interest in the amount of $_____ through _____ (date) computed at the rate of ___%, plus costs formally taxed * by the Clerk of the court in the amount of $_____. The total amount of payments made by judgment debtor(s) on this judgment is $ 0.
(If no payments have been made, enter "0".)

The balance of the judgment that remains unsatisfied, as of 10/11/17 (date), including accrued interests and costs, if applicable, after payments from the judgment debtor(s) have been credited, is $_____.

Trevor W. Howell
Judgment Creditor/Attorney for Judgment Creditor
The Customs House
701 Broadway, Suite 401, Box 17
Address
Nashville, TN  37203
City, State, Zip
(615) 739-6938
Telephone Number

*If no costs have been formally taxed by the Clerk of the Court, enter "0."