FORM E-2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

## WRIT OF EXECUTION

To the United States Marshal for the Middle District of Tennessee:

You are hereby commanded to take from the property of:

Samuel C. Clemmons

(Judgment Debtor)

including the property listed below, the sum of:

$ _125,000.00_

(Enter the Balance of Judgment corresponding to the last line in the Application for Writ of Execution)

to satisfy a judgment obtained by the judgment creditor in the United States District Court for the

Middle _____ District of _____ Tennessee _____, and also the costs that may

accrue under this writ.

You are further commanded to pay such monies, when collected, into this Court and you shall

make return as to how you have executed this writ within the time allowed by law.

Description of Property:

_____

_____

_____

_____

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
800 U.S. COURTHOUSE, 801 BROADWAY
NASHVILLE, TN 37203

_Brewer_
_____
(Deputy Clerk)

*This exact form is required with
absolutely no modifications.*

Date Issued: _10/17/17_