UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WANDA FAYE JONES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:12-cv-00203 |
| ) | CHIEF JUDGE CRENSHAW |
| ELITE EMERGENCY SERVICES, ) | |
| LLC, et al., ) | |
| ) | |
| Defendants. | |

## ORDER

Plaintiffs' Motion to Strike (Doc. No. 341) is **REFERRED** to the Magistrate Judge for disposition. This referral is in addition to the Court's December 7, 2017 referral (Doc. No. 333).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE