IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WANDA FAYE JONES, ) | |
| KELLY DORRIS PENDERGRASS, and ) | |
| TIFFANY SHEA JONES, ) | |
| ) | Case No. 3:12-cv-0203 |
| Plaintiffs, ) | |
| ) | JUDGE CRENSHAW |
| vs. ) | |
| ) | MAGISTRATE JUDGE |
| ELITE EMERGENCY SERVICES, LLC ) | FRENSLEY |
| and SAMUEL C. CLEMMONS and ) | |
| SHANNON CLEMMONS, Individually and ) | |
| d/b/a Elite Emergency Services, LLC, ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING OF DISCOVERY
## FROM CIRCUIT COURT CASE

COME NOW, Defendants Elite Emergency Services, LLC, Samuel C. Clemmons and Shannon Clemmons, and hereby gives notice of filing of discovery that has been filed in the Circuit Court action which relates to issues pending before the Federal Court and issues on Appeal. (Ex. A: Circuit Court Interrogatories); (Ex. B: Circuit Court Requests for Production); (Ex. C: Plaintiffs' Responses to Interrogatories); (Ex. D: Plaintiffs' Responses to Requests for Production).

1

Respectfully submitted,


*/s/ Joshua D. Wilson*
Joshua D. Wilson (Bar # 031486)

**OF COUNSEL:**
KING & BALLOW
315 Union Street, Ste. 1100
Nashville, TN 37201
Telephone: 615-726-5427
Facsimile: 888-688-0482
jwilson@kingballow.com


JOHNSTON LAW FIRM, P.C.

*s/ Brice M. Johnston*
Brice M. Johnston (pro hac vice)
The Landmark Center
2100 First Avenue North
Birmingham, AL 35203
Telephone: 205-328-9445
Facsimile: 800-856-9028

*Attorneys for Defendants*

2

# CERTIFICATE OF SERVICE

I hereby certify that on this  28th  day of September, 2018, a copy of the foregoing Notice of Filing of Discovery from Circuit Court Case was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including the following:

Trevor W. Howell, Esq.
HOWELL LAW FIRM
P.O. Box 158511
Nashville, TN 37205
Trevor@howelllawfirmllc.com

M. Taylor Harris, Jr.
GULLET SANFORD ROBINSON MARTIN, PLLC
150 Third Ave. South, Suite 1700
Nashville, TN 37201
Tharris@gsrm.com

Joshua L. Hunter, Esq.
104 Clydelan Court
Nashville, TN 37205
joshualewishunter@gmail.com

John L. Mays
Mays & Kerr, LLC
235 Peachtree Street NE, No. 202
Atlanta, GA 30303
(404) 410-7998
john@maysandkerr.com

/s/ Joshua D. Wilson